# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **VISION MARKETING RESOURCES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 10-2252-KHV** |
| **McMILLIN GROUP, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## MEMORANDUM AND ORDER

On May 8, 2015, Magistrate Judge Teresa J. James filed a <u>Report And Recommendation</u> (Doc. #62) regarding plaintiff's <u>Request For Charging Order</u> (Doc. #31) filed November 13, 2014. Judge James recommended that this Court sustain plaintiff's motion and enter a charging order in favor of plaintiff against defendants in Buffalo Nickel Trading, LLC, pursuant to K.S.A. § 17-76,113. Judge James further recommended that this Court enter the <u>Charging Order Pursuant To K.S.A. 17-76,113</u>, Attachment A to the <u>Report And Recommendation</u> (Doc. #62), because plaintiff's proposed order failed to quote the applicable statute, K.S.A. § 17-76,113. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2), a party must file any written objections to the report and recommendation within 14 days. This deadline has passed and no party has objected. The Court hereby adopts the <u>Report And Recommendation</u> (Doc. #62) in its entirety.

**IT IS THEREFORE ORDERED** that the <u>Report And Recommendation</u> (Doc. #62), filed May 8, 2015, be and hereby is adopted in its entirety.

**IT IS FURTHER ORDERED** that plaintiff's <u>Request For Charging Order</u> (Doc. #31), filed November 13, 2014, be and hereby is **SUSTAINED.** The Court contemporaneously files

with this order a charging order substantially in the form of Attachment A to the <u>Report And Recommendation</u> (Doc. #62).

     Dated this 15th day of July, 2015, at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge